UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Kevin D Pickens<br><br>Debtor(s) | BK No.: 13-47884<br><br>Chapter: 13<br>Honorable Pamela S. Hollis |

## AMENDED ORDER ALLOWING COMPENSATION FOR REPRESENTATION OF CHAPTER 13 DEBTOR
(For cases filed on or after 10/17/05)

On the application of debtor(s)' counsel for compensation for representing the debtor in this case, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

$0.00    for legal services through confirmation of the plan.

$4,000.00    for legal services through conclusion of the case.

$0.00    for legal services after confirmation of the plan.

$0.00    for reimbursable expenses.

$4,000.00    **total fees and reimbursement allowed.**

$ -540.00    less payment received from debtor prior to date of application.

$3,460.00    **balance allowed under this order.**

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: May 21, 2014

**Fees Payable to:**
The Law Offices of Ernesto D. Borges, Jr., P.C.
#6189298
105 W Madison, 23rd Floor
Chicago, IL 60602
312-853-0200