## United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

| | | | |
|---|---|---|---|
| IN RE: | Kevin D Pickens | ) | Chapter 13 |
| | | ) | Case No. 13 B 47884 |
| | Debtor(s) | ) | Judge Pamela S. Hollis |

## Notice of Motion

Kevin D Pickens
10815 S. State
Chicago, IL 60628

Debtor Attorney: Ernesto D Borges Jr Esq
via Clerk's ECF noticing procedures

On September 03, 2014 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 644
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, August 27, 2014.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On December 16, 2013, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on April 23, 2014, for a term of 60 months with payments of $2,021.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 8 | $15,972.00 | $9,621.00 | $6,351.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 08/26/2014
Due Each Month: $2,021.00
Next Pymt Due: 09/15/2014

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 01/21/2014 | 9074232167 | $1,900.00 | 03/17/2014 | 305412012 | $1,900.00 |
| 05/01/2014 | 305411968 | $2,021.00 | 06/05/2014 | 305437926 | $1,900.00 |
| 07/23/2014 | 434148 | $1,900.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE